In the Matter of FREDERICK W. MARKS, JR., et al., Appellants, v. VILLAGE OF LAKE PLACID et al., Respondents.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.